**HEAT TREATING, LLC**
**22-26 DENSMORE STREET**
**QUINCY, MA 02169**
**JOHN D. McCORMACK, MANAGER**

**617-943-7536**

November 15, 2019

**HAND DELIVERED**

Clerk
United States Bankruptcy Court
J. W. McCormack Post Office and Court House
5 Post Office Square – Suite 115
Boston, MA 02109-3945

Re:  John S. Jones
     Case No. 18-14582-FJB
     Notice of Intended Private Sale of Property
     19 Calder Street, Dorchester, MA

Dear Sir/Madam:

I, John D. McCormack, Manager of Heat Treating, LLC, a Massachusetts limited liability company, hereby make the following higher offer with regard to the Notice of Intended Private Sale of Property in connection with the above-mentioned matter.

My Counteroffer is $662,000.00 for the property being sold. Concurrent with my delivery of this Counteroffer for filing, I have hand delivered to Richard A. Mestone, Esquire, Mestone & Associates LLC, 65 Flagship Drive, Suite – A, North Andover, MA 01845, a bank check in the amount of $33,100.00 representing the required deposit consistent with the Notice of Intended Private Sale. This higher Counteroffer is made on the same terms and conditions as set forth in the existing Purchase and Sale Agreement dated August 28, 2019, a copy of which is attached to the said Notice of Private Sale, except for the purchase price.

November 15, 2019
Clerk
United States Bankruptcy Court
Page – 2

BANKRUPTCY COURT

9 NOV 15 P 2: 18

Thank you for your attention in this regard.

Very truly yours,

HEAT TREATING, LLC

*/s/ John D. McCormack*

John D. McCormack, Manager

cc:  Richard A. Mestone, Esquire
     Mestone & Associates LLC
     65 Flagship Drive – Suite - A
     North Andover, MA 01845

S:\Bankruptcy - Counteroffers\HEAT TREATING (19 Calder Street, Dorchester - 2019).doc

**Bank of America**                          Cashier's Check                    No. 1444914280

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days      30-1/1140      Date 11/15/19 01:04:48 PM
                        NTX

QUINCY SQUARE
0008    0082825    0055

Pay ➪➪➪➪ BANK OF AMERICA **THREE THREE ONE ZERO ZERO CTSCTS**         **$33,100.00**

**Thirty Three Thousand One Hundred and 00/100 Dollars**

To The Order Of   JOHN S JONES

Remitter (Purchased By):  HEAT TREATING LLC

Bank of America, N.A.
SAN ANTONIO, TX

AUTHORIZED SIGNATURE

⑈1444914280⑈  ⑆114000019⑆  0016410053881⑈