UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re

John S. Jones
_____
Debtor

Case No. 18-14582-FJB
Chapter 13

Adv. Pro. No. _____

v.

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted to practice in the federal court bar of this district or otherwise authorized to practice in this court, and I hereby enter my appearance in this case as counsel pursuant to Massachusetts Local Bankruptcy Rule 9010 on behalf of:

Heat Treating, LLC

Date: 11/21/19

Attorney's signature

Peter Pascucco   MA BAR # 679371
Printed name and bar number
Fed Bar (Admitted on 7/14/15)

50 Redfield Street Suite 201 Boston 02122
Address

ppascucco@andersongoldman.co
Email

617-265-3900 / 617-265-3627
Telephone number  Fax number

[BANKRUPTCY COURT stamp: 19 NOV 21 A 11:27]